IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BENJAMIN FRANKLIN, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00183-TES |
| | * |
| TWIGGS COUNTY, GEORGIA, and SHERIFF DARREN MITCHUM , | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 17th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk